UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 21 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JASON WAYNE NAILLIEUX, )
)
Plaintiff, )
)
v. ) Civil Action No. 19-0307 (UNA)
)
)
UNITED STATES MINT, )
)
Defendant. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED without prejudice.

This is a final appealable Order.

SO ORDERED.

DATE: March 21, 2019

_____
United States District Judge